ROBERT MILLETTE *v.* FREDERICK G. REINCKE, WARDEN,
CONNECTICUT STATE PRISON

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued February 6—decided February 6, 1969

*Arnold H. Klau,* special public defender, for the appellant (plaintiff).

*Thomas F. Wall,* state's attorney, for the appellee (defendant).

PER CURIAM.   The judgment is affirmed on the authority of *Reed* v. *Reincke,* 155 Conn. 591, 236 A.2d 909, *D'Amico* v. *Reincke,* 155 Conn. 627, 236 A.2d 914, *State* v. *Gyuro,* 156 Conn. 391, 394, 242 A.2d 734, and *Williams* v. *Reincke,* 157 Conn. 143, 147, 249 A.2d 252.

There is no error.